# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Arnulfo Villafan-Aguilar, | No. CV-25-04554-PHX-AMM (JFM) |
| Petitioner, | **ORDER** |
| v. | |
| Kristi Noem, et al., | |
| Respondents. | |

The Court has reviewed Petitioner's Motion to Reopen Case and Emergency Motion for Temporary Restraining Order. (Docs. 16–17.) Respondents must respond to the motions.

**IT IS ORDERED** Respondents must respond to Petitioner's Motion to Reopen Case and Emergency Motion for Temporary Restraining Order (Docs. 16–17) no later than **January 20, 2026**.

**IT IS FURTHER ORDERED** that Petitioner may file a reply no later than **January 21, 2026.**

Dated this 15th day of January, 2026.

Honorable Angela M. Martinez
United States District Judge